750

Submitted June 12, 1967. *Anthony J. McMahon* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Robert M. Borden* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Snipe, Appellant.

Argued June 21, 1967. *Bennett Weinstock,* Assistant Defender, with him *William Stewart* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Joseph M. Smith,* Assistant District Attorney, with him *Robert Mozenter* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Snipe, Appellant.

Argued June 14, 1967. *John W. Packel,* Assistant Defender, with him

*Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Alan J. Davis,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Spader, Appellant.

Submitted June 16, 1967. *Albert Spader,* appellant, in propria persona; *Stephen W. Kline* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

**Order affirmed.**

## Commonwealth *v.* Szulczewski, Appellant.

Submitted June 16, 1967. *Menno B. Rohrer,* for appellant; *Clarence C. Newcomer,* First Assistant District Attorney, and *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

**Order affirmed.**

## Commonwealth *v.* Thomas, Appellant.

Submitted June 20, 1967. *John*